UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,        )
                                 )   Case No. 2:22-cr-00093-GMN-MDC
                Plaintiff,       )
                                 )   ORDER TEMPORARILY UNSEALING
        vs.                      )   TRANSCRIPT
                                 )
MONTREL LEVESTER MONTGOMERY,

        Upon the request of counsel of record, Keisha K. Matthews, Esquire, and good cause appearing:

        IT IS HEREBY ORDERED the following transcript which contains a sealed portion shall be unsealed only to the Court Reporter in order to permit the Court Reporter to prepare transcript of the following hearing and sealed portions: 3/4/2026, motion hearing.

        IT IS FURTHER ORDERED that the Court Reporter shall transcribe the sealed portion of the hearing identified herein and provide a copy of the sealed portion to counsel of record, Keisha K. Matthews, Esquire.

        IT IS FURTHER ORDERED that the transcript portion identified herein shall remain under seal on the public record until further order of this Court, or the Ninth Circuit Court of Appeals.

        **DATED** this ___6___ day of ___March___ 2026.

        _____
        GLORIA M. NAVARRO
        U.S. District Judge